IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Raquel Escalante, individually, and on behalf of her daughter B.E.<br>    Plaintiff,<br>vs.<br><br>LifePoint Hospital dba Western Plains Medical Complex; Dodge City Medical Center, Chartered; Family Practice Associates of Western Kansas LLC; Tanya Williams; and Samir Shaath,<br>    Defendant. | ) ) ) ) ) Case No. 2:17-CV-02035-JWL-KGG ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties in the above-entitled action, by and through their counsel of record, pursuant to F.R.C.P. 41(a)(1)(A)(ii), and stipulate that the cause of action against defendant Dodge City Medical Center, Chartered **ONLY** is hereby dismissed **without prejudice** to refiling.

IT IS SO STIPULATED.


APPROVED:


 s/ Mark Schloegel
Mark Schloegel
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, MO 64105
(816) 512-2626
Fax: (816) 221-3999
mschloegel@pophamlaw.com
*Attorneys for Plaintiff*

s/ Steven C. Day
Steven C. Day, #09755
Chris S. Cole, #16343
WOODARD, HERNANDEZ, ROTH & DAY, LLC
245 N. Waco, Suite 260
P.O. Box 127
Wichita, KS 67201-0127
316/ 263-4958    Fax:   316/ 263-0125
sday@woodard-law.com
ccole@woodard-law.com
*Attorneys for Dodge City Medical Center*


s/ Brian Wright
Brian Wright, #12874
WRIGHT LAW OFFICE
4312 10th Street Place
Great Bend, KS 67530
T: 620-793-8900
F: 620-793-8525
brian@bcwrightlaw.com
*Attorney for Samir Shaath*


s/ David S. Wooding
David S. Wooding, #10781
Samantha M. H. Woods, #25929
MARTIN PRINGLE, OLIVER,
WALLACE & BAUER, LLP
100 N. Broadway, Suite 500
Wichita, KS 67202
T: 316-265-9311
F: 316-265-2955
dswooding@martinpringle.com
*Attorneys for Family Practice Associates of Western Kansas LLC and Tanya Williams*

s/ John H. Gibson
John H. Gibson, #07512
Michelle M. Watson, #18267
GILLILAND & HAYES, LLC
301 N Main, Ste 1300
Wichita, KS 67202
T: (316) 264-7321
jgibson@gh-ks.com
mwatson@gh-ks.com
*Attorneys for LifePoint Hospital, Inc dba*
*Western Plains Medical Complex*